UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRY BURNWORTH and<br>TAMMY JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>HENDRICKS COUNTY PLANNING<br>AND BUILDING DEPARTMENT,<br>SCOTT BUTRUM, TONYA COTTRELL,<br>and TIM DOMBROSKY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1:18-cv-3264-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF AGREEMENT TO INITIAL ENLARGEMENT OF TIME

Come now the defendants, Hendricks County Planning and Building Department, Scott Butrum, Tonya Cottrell and Tim Dombrosky, and pursuant to L.R. 6-1(b) report that the parties have conferred, through counsel, and agreed to an initial enlargement of time within which to respond to the complaint, through and including December 13, 2018. The deadline has not been previously extended and is for twenty-eight days. The extension does not interfere with a case management plan, scheduled hearing or other case deadline. The original deadline is November 15, 2018.

Respectfully submitted,

STEPHENSON MOROW & SEMLER

 /s/ James S. Stephenson
James S. Stephenson
Attorney No. 11434-98
Attorney for defendants,
Hendricks County Planning and Building Dept.,
Scott Butrum, Tonya Cottrell and Tim Dombrosky

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on November 2, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

    James M. Boyers
    Jim.Boyers@Woodenlawyers.com
    James A. Carter
    James.Carter@Woodenlawyers.com
    WOODEN McLAUGHLIN LLP
    211 North Pennsylvania Street
    One Indiana Square, Suite 1800
    Indianapolis, IN 46204-4208

                                  /s/ *James S. Stephenson*
                                James S. Stephenson

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: jstephenson@stephlaw.com

18-7019/mc